JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAZER AUTO, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DNA MOTOR INC., a California corporation;<br>JIA JIE CHEN, an individual residing in California; and<br>DOES 1 through 10,<br><br>　　　　　Defendants. | Civil Action No. 5:19-cv-00111-MWF-SP<br><br>**FINAL CONSENT JUDGMENT AND ENTRY OF PERMANENT INJUNCTION** |

　　　NOW ON THIS day the above-captioned cause comes before the Court. The Court, after being fully advised in the premises and after reviewing the court file, finds and orders as follows:

　　　Plaintiff Razer Auto, Inc. ("Razer") and Defendants DNA Motor Inc. and Jia Jie Chen, pursuant to a Settlement Agreement have agreed and consented to the entry of this Final Consent Judgment and Entry of Permanent Injunction with regards to Razer's claims of: (1) patent infringement of U.S. patents D838021 and D809167; (2); unfair competition with respect to Razer's common law trade dress in a decorative ornament that mimics a metal rivet, wherein this decorative

1

ornament is physically marked RAZER; and (3) copyright infringement of the copyright in this decorative ornament.

IT IS ORDERED, ADJUDGED, AND DECREED that Razer owns the two in-suit U.S. design patents, D838021 and D809167.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the two in-suit U.S. design patents, D838021 and D809167, are valid.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants' taillights, with model numbers of "TL-ZTL-299" ("infringing taillights"), infringe the asserted claims in the D838021 and D809167 patents.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants, and Defendants' officers, directors, employees, agents, any business controlled by Defendants, and any successors or assigns of Defendants, or any person or entity acting in concert with Defendants shall not after the date of this Order, manufacture, use, sell, offer for sale, and/or import into the United States the infringing taillights.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants shall cause to be delivered, to a physical address provided by Razer, all remaining infringing taillights in Defendants' control, at Defendants' cost and expense, and for delivery to this physical address by May 15, 2019.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Razer owns common law trade dress in a non-functional decorative ornament that mimics a metal rivet, wherein this decorative ornament is physically marked RAZER; and wherein Razer uses such decorative ornaments to decorate vehicle grilles that Razer sells. This decorative ornament is displayed in Razer's Complaint between paragraphs 57 and 58 and in Exhibit 13 of this Complaint.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any offering for sale and sales of vehicle grilles with decorative ornaments that mimic a metal rivet, and that are marked RAZER (*e.g.,* vehicle grille model no. GRL-

DRAM06SCRE), are and were visually indistinguishable to Razer's decorative ornaments, was likely to cause confusion as to source; and as such, unfairly competed with Razer's common law trade dress in Razer's decorative ornaments.IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Razer owns the copyright in these same non-functional decorative ornaments that mimics a metal rivet.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any prior public display and sales of products with decorative ornaments that mimic a metal rivet, and that are marked RAZER (*e.g.,* vehicle grille model no. GRL-DRAM06SCRE), are and were visually indistinguishable to Razer's decorative ornaments, and have infringed Razer's copyright in its decorative ornaments.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants, and Defendants' officers, directors, employees, agents, any business controlled by Defendants, and any successors or assigns of Defendants, or any person or entity acting in concert with Defendants shall not after the date of this Order, display, sell, nor offer for sale automotive products that include a decorative ornament marked RAZER.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants shall cause to be delivered, to a physical address provided by Razer, all remaining infringing inventory of Defendants' vehicle grilles with decorative ornaments marked RAZER (*e.g.,* Defendants' model no. GRL-DRAM06SCRE), at Defendants' cost and expense, and for delivery to this physical address by May 15, 2019.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Razer shall have judgment against the Defendants in the amount of $9,000, which Defendants must pay to Razer within 30 days of the date of this Order. If any amount shall not be paid when due, Defendants hereby consent to issuance of a writ

of execution for any remaining balance plus interest at the rate of 8% per annum from the date of this Order on that balance.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this matter shall be administratively closed after entry of this Order, but the Court shall retain jurisdiction and venue over the Defendants and Razer solely with respect to enforcement of this Order and the Settlement Agreement between the parties and any disputes or controversies that may arise with regard thereto, which shall be exclusively brought before this Court for resolution thereof.  Without limiting the generality of the foregoing, either party shall bring any action to enforce or construe any provision of this Order or the Settlement Agreement solely by reopening this matter in this Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the terms of this Order and the terms of the Settlement Agreement are binding on the parties in any future action and the parties are foreclosed, in any such future action, from litigating any of such terms.

NOW THEREFORE, this Court enters FINAL JUDGMENT for Plaintiff Razer Auto, Inc. and against Defendants DNA Motor Inc. and Jia Jie Chen on Plaintiff's Complaint, with each party to bear its own costs.

**IT IS SO ORDERED.**


DATED: April 18, 2019

By: _____
MICHAEL W. FITZGERALD
United States District Judge

/ / /
/ / /
/ / /

Jointly Submitted and Consented to:

/s/ *Eric Kelly*  /s/ *Elizabeth Yang*
Eric Kelly, Esq.  Elizabeth Yang, Esq.
Attorney for Plaintiff  Attorney for Defendants